ARTHUR INSURANCE ASSOCIATES, INC., Appellant,

v.

GENERAL ACCIDENT INSURANCE COMPANY OF AMERICA, Respondent.

No. WD 61698.

Missouri Court of Appeals, Western District.

Sept. 9, 2003.

William E. Simmons, Clinton, for appellant.

Steven H. Schwartz, St. Louis, for respondent.

Before HARDWICK, P.J., BRECKENRIDGE and SPINDEN, JJ.

### ORDER

PER CURIAM.

Arthur Insurance Associates, Inc., appeals the granting of summary judgment in favor of General Accident Insurance Company of America. Since a published opinion would have no precedential value, a memorandum has been provided to the parties.

The trial court's judgment is affirmed. Rule 84.16(b).